IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALTON BUCK**     **PLAINTIFF**

v.     **Case No. 4:13-cv-000676-KGB**

**LINDSEY MANAGEMENT CO.**     **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 30). Accordingly, this action is dismissed with prejudice.

SO ORDERED this the 24th of June, 2015.

_____
Kristine G. Baker
United States District Judge